FILED
FEB 12 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____10_____
                    DEPUTY

United States District Court
for the
Western District of Texas
Del Rio Division

Bryan James Ellis
CF# 0013403
1459 W. Hwy 85
Dolph Briscoe unit
Dilley, Texas 78
         Plaintiff
         Pro se

VS

Name unknown, District
Attorney of Maverick
County texas in his/her
Official Capacity, 458
madison St. Eagle pass, Tx
78852

DR 24CV0018

Civil action No.

Plaintiff application for Preliminary Injuction and Temporary restraining order in accords to fed. R. Civ. Pro. 65

To the honorable judge of said court
        Here comes now Bryan J. Ellis
The Plaintiff in the above styled Cause Number, Do hereby

Submit this application for Preliminary injunction and would like to show the following

## I Jurdisdiction

This Action arises out of 237 Immigration + Nationality act 8 U.S.C. § 1324 aii Transportation of illegal aliens

## II

On the day of 23rd of September, 2023, the Plaintiff got Stopped for a traffic violation by local law enforcement, who then question him + ask his 12 Passengers for where they are from, and U.S. Border patrol came + pick up his Passengers and left him with the texas DPS officers, who then took him to maverick county Sheriff office, who then took him to the tents in Val Verde, to be Processed and Charged with texas Penal Code Violation 20.05 A1A Smuggling with Persons

## III

federal rule of civil Procedure 65 B states that a Court may Issue a temporary restraining order without notice to the adverse Party only if the specific facts in an affidavit or a verified complaint clearly show that Immediate or Irreparable injury, lost, or damage will result to the movant before the adverse Part can be heard in opposition fed R civ P. 65(b) See also 28 U.S.C. § 1746

To Prevail on a motion for a temporary restraining order the movant must establish four elements (1) "A substantial likelihood that the movant will Prevail on the merits (2) "A Substantial threat that Irreparable harm will result if the injuction is not granted (3) "the threatened injury outweights the threatened harm to the defendant" (4) "the injuction will not disserve the Public Intrest."

## IV

The state of texas has no interest in regulation of Immigration the State Proceedings do not afford them an adequate opportunity to raise constitutional challenges. The state court proceedings is brought in bad faith. State statue is flagrantly and Patently violative of express Constitutional Prohibitons in every clause, sentence and Paragraph and whatever manner and against whoever effort might be made to apply it.

The Plaintiff states that 20.05 is field preemptive and conflict preemptive of 8 U.S.C. § 1324 A1A ii The Plaintiff Plans to Prove this on merits of this case.

## V

The Plaintiff now states that the state statue of texas Penal code 20.05 a1a is an field preemptive of federal laws of 8 U.S.C. § 1324 a ii. Transportation of illegal aliens. "Knowing or in reckless disregard of the fact an alien has come to, entered or remains in the U.S. in violation

of law transport or moves or attempts to transport or move such alien within the U.S. by means of transportation or otherwise, in furtherance of such violation of law."

The passenger who was taken away in another squad car, was deemed an immigrant and the Plaintiff was charged for transporting & concealing him from law enforcement, under texas Penal code 20.05 a1a and upon this dealing with an Immigrant. The Plaintiff based his facts on the fact of the court finds in Cruz v. abbott, 177 F. Supp. 3d, 992, that 8 U.S.C. 1324 e authorizes both state and local law enforcement officers to make arrest for 1324 violations, However Prosecution is exclusively a federal Prerogative with Prosecution and interpertation of the federal law handled by the federal Courts. This was dealing with harbor in texas Penal code 20.05B. But the 5th Circuit dismiss it later on in Cruz v. abbott 849 F.3d.594, Due to the fact that no one was being Prosecuted or was threaten with any kind of Prosecution the DPS director at that time Steven McCraw stated in an Sworn affidavit that his "agency would not investigate, file criminal charges or otherwise engage in enforcement activity" that was in 2017. The Plaintiff is in the custody of the State for the charges & is suffering not only the threat of Prosecution of the state. But going

thru a Criminal Prosecution as well Known, Immigration is regulated by the federal government who holds exclusive Power of Immigration.

The texas govener greg abbott stated in @gregabbott_Tx on twitter, Sept 28, 2021. That "we are employing state law, as opposed to fedeal law. Because when we make an arrest under federal law we typically have to turn people over to federal authorities" In oppose to this the e.D. Department of Justice filed for a Preliminary Injuction of greg abbott executive order on Preemption grounds & on August 26, 2021, The honorable district Judge Kathleen Cardone out of the el paso division granted the DOJ request. The Judge held regardless of the object of the governor's executive order, its effect is clear & any state legislation which frustrutes the full effectives of federal law is rendered invalid by the Supremacy Clause in U.S. V. Texas 3:21-CV-00173

The Plaintiff is now Stating that he is currently facing a Crediable threat of Prosecution at the hands of the State of texas. And is suffering threat of Prosecution an from emotion distress in the custody of the state by being Placed in an tDc state Prison and should not have to be delayed as where there is exists a Creadible threat of Prosecution there under "The supreme Court Ruled in Bobbitt v. United farm workers Nat'l Union 442. U.S. 289. 298. 99. Sct. 2301. 60. Led. 2d. 895 (1979)" He

should not be required to await and undergo a Criminal Prosecution as the sole means of seeking relief"

The Plaintiff states that the Prosecution is in bad faith states that the statue under which the plaintiff is charged is patently violative of express Constitutional Prohibitions in Clause in 20.05 ala

By Bringing charges under Section 20.05 ala, the defendants is prosecuting him for conduct that federal law already criminalizes in 8 U.S.C. § 1324 a ii transportation of illegal aliens.

The Plaintiff is seeking injunctive relief against Texas Penal Code 20.05 AIA, Being that two other District Courts in the Western District of Texas has found that the law as applied, field preemptive in an Immigration law and the law is federal preempted in violation of the U.S. Supremacy Clause and VI Clause 2 of the U.S Constitution the Plaintiff is currently suffering from an irreversable harm and injury being under the threat of Prosecution from a state court.

Plaintiff fares intentional infliction of emotional distress and is unwarranted seizure

Where as Premises considered, the plaintiff respectfully ask and request that this honorable court grants this application for Preliminary injuction. And give an

order to enjoin all state officers, actors, servants, employee's from effectuating or enforcing texas penal code 20.05 A1a as applied to immigration

The Plaintiff states that the Prosecution is in bad faith, and younger abstention, however is inappropriate when State legislative action is involved. See new orleans public Service, Inc v. counsel of city of new orleans, 491 U.S. 350, 109 Sct. 2506, 105 L.ed. 2d. 298 (1989) The Pendency of the action in the the State court is no bar to proceedings concerning the same matter in the federal court having jurisdiction.

A claim of Preemption may forclose a federal courts Decision to abstain see new orleans Pub. Ser. v. City of New Orleans, 782 F. 2d. 1236. Being in such there has been two at least Previous Preliminary Injuctions granted Dealing with texas Penal code 20.05 ala + do Please see the Cruz v. abbott 174 S.upp.3d. 992 + the Preliminary Injuction granted for the DOJ. on Aug 26, 2024 in the el paso Division, with Judge Kathleen Cardone granting it. And In closing harboring of an illegal alien deals with the shelter, concealment + transportation. Please See Black law Dictionary.

Plaintiff states that 20.05 ala ab is field + conflict Preemptive to 8 U.S.C. 1324 aii + aiii

Respectfully Submitted by

Bryan J. Ellis
Cf# 0013403
Dolph Briscoe Unit
1459 W. Hwy 85
Dilley, Texas 78017

Plaintiff Pro se.

# Affidavit

The State of texas
County of frio

I, Bryan J. Ellis, do hereby state that i am over the age of 18 years old + In sound Body + mind Give the following statement as True and correct.

On the date of September 23, 2023, I got stopped, and detained for a traffic violation of over adjusted turn by local law enforcement, who then pulled me and my passengers out for Questioning. All 13 of us, 12 of my Passengers was said to be Immigrants. After the U.S. Border patrol was called in, and the U.S. Border patrol Picked them up and left me, The texas Dps officers then took me to the maverick county sheriff office, who then took me to the tents in val verde to be Processed and charged with texas Penal code violation 20.05. A.1.A. Smuggling with persons
 I am currently Incarcerated in the Dolph Briscoe unit Due to the fact that I am currently being held to face charges of smuggling of person from maverick County, Texas and Due to my Incarceration I have lost my car, Job, Place to stay, and I am suffering in prison care

I, Bryan J. Ellis, Do Declare under the penalty of Perjury that the above Statement is true and correct in accords to 28 U.S.C. 1746. Sign on the _____ Day of 2024

X_____
Bryan J. Ellis

Bryan Ellis
Dolph Briscoe Unit
1459 W. Hwy 85
Dilley, Texas 78017
CF# 00134403

District Clerk
Western District of Texas
111 E. Broadway, Suite 100
Del Rio, Tx 78840

San Antonio TX 782 ZIP
THU 08 FEB 2024 PM

